GARY M. RESTAINO
United States Attorney
District of Arizona
MICHELLE CHAMBLEE
Assistant U.S. Attorney
State Bar No. 23900
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michelle.chamblee@usdoj.gov
Attorneys for Plaintiff

FILED

2022 APR 13 PM 5: 33

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR22-00739 TUC-RM(LCK)**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIOLATIONS: |
| 1. John Paul Perron, (Counts 1-3) | 8 U.S.C. § 1324(a)(1)(A)(v)(I) |
| | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | 8 U.S.C. § 1324(a)(1)(B)(i) |
| 2. Terri Lynn Knight, (Counts 1-3) | (Conspiracy to Transport Illegal Aliens for Profit) |
| | **Count 1** |
| Defendants. | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | 8 U.S.C. § 1324(a)(1)(B)(i) |
| | 18 U.S.C. § 2 |
| | (Transportation of Illegal Aliens for Profit) |
| | **Counts 2-3** |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about March 16, 2022, in the District of Arizona, John Paul Perron and Terri Lynn Knight, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens, including Rigoberto Hernandez-Lopez and Alberto Julian Hernandez-Lopez, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the

purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about March 16, 2022, in the District of Arizona, John Paul Perron and Terri Lynn Knight, knowing and in reckless disregard of the fact that an alien, Rigoberto Hernandez-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## COUNT 3

On or about March 16, 2022, in the District of Arizona, John Paul Perron and Terri Lynn Knight, knowing and in reckless disregard of the fact that an alien, Alberto Julian Hernandez-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 13, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

MICHELLE CHAMBLEE
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. John Paul Perron, et al.*
*Indictment Page 2 of 2*